UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Laura K. Warren

v.                                          Case Number: 4:18−cv−02220

CBE Group, Inc.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/20/2018

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   September 27, 2018

David J. Bradley, Clerk