UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Laura K. Warren,** | § § § | |
| *Plaintiff,* | § | |
| v. | § § | Case No. 4:18-cv-02220 |
| **The CBE Group, Inc.** | § § § | |
| *Defendant.* | § | |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Laura K. Warren and Defendant The CBE Group, Inc. (collectively "the Parties") and files this Notice of Settlement, and will show onto this Court as follows:

The Parties in this case have reached a settlement which will resolve all outstanding issues in this case. The Parties request sixty (60) days to complete the settlement and file a Stipulation of Dismissal.

The Parties further request that the Initial Conference set for January 4, 2019, at 3:00 PM be stricken.

Agreed as to form and content, and respectfully submitted:

/s/ Omar T. Sulaiman
Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8141
Facsimile: (630) 575-8188
Email: osulaiman@sulaimanlaw.com
*Attorney for Plaintiff*

/s/Jacob Michael Bach
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mamlaw.com
**MALONE AND MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631
Attorney for Defendant